FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GONZALEZ, | NO. CV 08-2884-AHM (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN F. SALAZAR, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 8, 2008.

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE